**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-1933**

_____

JASPER E. BOYKIN,

                              Plaintiff - Appellant,

        versus

ALLSTATE INSURANCE COMPANY; ALLSTATE LIFE IN-
SURANCE COMPANY; ALLSTATE INDEMNITY COMPANY;
ALLSTATE ENTERPRISES, INCORPORATED; NATIONAL
EMBLEM INSURANCE COMPANY,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CA-97-686-3-17)

_____

Submitted:  January 21, 1999          Decided:  February 3, 1999

_____

Before LUTTIG, MOTZ, and KING,[*] Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

   [*] Judge King did not participate in consideration of this
case.  The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d).

Jasper E. Boykin, Appellant Pro Se.  Thomas C. Salane, TURNER, PADGET, GRAHAM & LANEY, P.A., Columbia, South Carolina; Frederick Scott Rhine, GESSLER, HUGHES & SOCOL, LTD., Chicago, Illinois, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jasper E. Boykin appeals from the district court's orders denying his motions to vacate a settlement and for reconsideration. Our review of the record and the district court's opinion discloses no reversible error and no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. See Boykin v. Allstate Ins. Co., No. CA-97-686-3-17 (D.S.C. May 26 & June 2, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2